IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ANGELA CHRISTINE BAKOS,        *
                               *
    Plaintiff,                 *
                               *
    v.                         *     CV 118-119
                               *
NANCY A. BERRYHILL, Acting     *
Commissioner of Social Security, *
                               *
    Defendant.                 *

**O R D E R**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Agency's request to remand this action and Plaintiff's consent thereto, this case is hereby remanded. **IT IS ORDERED** that, upon remand, the Appeals Council will affirm the finding of disability, but instruct the Administrative Law Judge to develop the record as necessary, reevaluate the established onset of disability date, and issue a new decision.

Therefore, this Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89

(1991). Defendant's motion to remand (Doc. 14) is **GRANTED**. The Clerk of the Court **SHALL** enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA