# United States District Court
## Southern District of Georgia

ANGELA CHRISTINE BAKOS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-119

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 5, 2019, Defendant's motion to remand is granted; therefore, it is ordered that, upon remand, the Appeals Council will affirm the finding of disability, but instruct the Administrative Law Judge to develop the record as necessary, reevaluate the established onset of disability date, and issue a new decision.

03/05/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*